# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Shaquille Prince

                              Plaintiff,

v.                                               Case No.: 1:22–cv–05703

                                                   Honorable John F. Kness

Francisco Garcia, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 1, 2024:

      MINUTE entry before the Honorable John F. Kness: Plaintiff's motion to amend/correct Order [Dkt. 52], which Defendants did not respond to [see Dkt. 53], is granted. In its Memorandum Opinion and Order, the Court erroneously referred to Count XVII as "battery," though that Count refers to Plaintiff's Section 1983 Due Process (fair trial) claim. After stating the claims that survived or that Plaintiff could replead, the Court stated that, "[a]ll other claims are dismissed with prejudice." [Dkt. 50 at 24.] This was in error, as Defendants did not move to dismiss Count XVII. That Count is not dismissed. Finally, in its Minute Order [Dkt. 49] the Court erroneously stated that Count XVIII was both dismissed with prejudice and dismissed without prejudice, and the Court failed to include that Count XIII was dismissed without prejudice and with leave to replead. As the Opinion reflects, Count XVIII is dismissed with prejudice. The Court regrets these errors. Accordingly, as requested by Plaintiff, Dkts. 49 and 50 are amended to state that: (a) Counts I–VIII, XI–XII, XIV, XVIII, and XIX are dismissed with prejudice; (b) Counts X, XIII, and XV–XVI are dismissed without prejudice and with leave to replead; (c) Defendants' Motion to Dismiss Count IX is denied without prejudice; (d) Defendants did not move to dismiss Count XVII in this proceeding and thus, it stands. Plaintiff has now filed a Second Amended Complaint. [Dkt. 54.] As such, the status hearing set for 11/5/2024 is stricken. A status hearing for tracking purposes is set for 2/18/2025 at 9:30 A.M. The parties are to use the following call–in number: 888–684–8852, conference code 3796759. The public and media representatives may have access to the hearing via the same number. Audio recording of the hearing is not permitted; violations of this prohibition may result in sanctions. Participants are directed to keep their device muted when they are not speaking. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.